UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICKIE YATES,<br><br>        Plaintiff,<br><br>    v.<br><br>GUARDIAN LONG-TERM DISABILITY BENEFITS PLAN,<br><br>        Defendant. | No. CV-05-131-FVS<br><br>ORDER OF DISMISSAL |

**BEFORE THE COURT** is the Plaintiff's Notice of Voluntary Dismissal With Prejudice Pursuant to Federal Rule of Civil Procedure 41(a), Ct. Rec. 3.  Dismissal is appropriate in this action because the Defendant has not yet served its answer and because the Court has been advised that the parties have settled their dispute.  Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE THE FILE.**

**DATED** this <u>14th</u> day of September, 2005.

                               s/Fred Van Sickle
                                Fred Van Sickle
                       United States District Judge

ORDER OF DISMISSAL - 1